# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., | ) | CV F 06 1276 OWW DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | (Document 20) |
| v. | ) | |
| | ) | ORDER GRANTING PLAINTIFF'S MOTION |
| ELVA DE JESUS ARANDA, et al., | ) | FOR DEFAULT JUDGMENT |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On April 23, 2007, the Magistrate Judge issued Findings and Recommendation that plaintiff's motion for default judgment be granted. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued April 23, 2007, is ADOPTED IN FULL;

1

2.     Plaintiff's motion for default judgment is GRANTED; and

3.     Plaintiff is awarded damages in the total amount of $23,000.00 fixed as follows:

    a.     For violation of 47 U.S.C. section 605, the sum of $10,000;

    b.     For violation of 47 U.S.C. section 553, the sum of $10,000; and

    c.     For violation of 47 U.S.C. sections 553(c)(3)(B) and 605(e)(3)(C)(ii), the sum of $3,000.\

4.     Plaintiff shall recover it costs of suit.

IT IS SO ORDERED.

**Dated:   May 26, 2007**　　　　　　　　　　　　　　　　　　*/s/ Oliver W. Wanger*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE