```
                                      FILED
                              JUDGMENT ENTERED

                              _____June 1, 2007____
                                          Date
                               by _____G. Lucas_____
                                       Deputy Clerk
                                  U.S. District Court
                              Eastern District of California
                              __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

GARDEN CITY BOXING CLUB, INC.,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:06-cv-1276 OWW DLB

ELVA DE JESUS ARANDA, et al.,

    Defendant.
_____/

    DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of plaintiff Garden City Boxing Club, Inc., and against defendants Elva De Jesus Aranda and Maria De Jesus E. Lucas DeFiguero in the amount of $23,000.00

DATED:  June 1, 2007

                        VICTORIA C. MINOR, Clerk

                        /S/ Greg LucasTimken
            By:
                        Deputy Clerk

jgm.civ
2/1/95