| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*  TELEPHONE NO: | FOR RECORDER'S USE ONLY |
|---|---|

[X] Recording requested by and return to: DAVID J. COOK, ESQ., S.B.N. 060859
our file #52,325

(415) 989 4730

COOK, PERKISS & LEW, P.L.C.
333 Pine Street, 3rd floor, San Francisco, CA 94104

[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

NAME OF COURT: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
MAILING ADDRESS: 1130 O Street, room 5000
CITY AND ZIP CODE: Fresno, CA 93721

PHONE NUMBER:

PLAINTIFF: GARDEN CITY BOXING CLUB, INC.

DEFENDANT: ELVA DE JESUS ARANDA, et al.

*(FOR RECORDER'S USE ONLY — ISSUED)*

## ABSTRACT OF JUDGMENT

CASE NUMBER:
1:06-CV-1276 OWW DLB

1. The [X] judgment creditor [ ] assignee of record applied for an abstract of judgment and represents the following:

a. Judgment debtor's

Name and last known address

ELVA DE JESUS ARANDA, individually and
d/b/a EL NUEVO OASIS RESTAURANT
2894 Taft Hwy.
Bakersfield, CA 93307

b. Driver's license no. & state: _____ [X] Unknown
c. Social Security no.: _____ [X] Unknown
d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
ELVA DE JESUS ARANDA
2894 Taft Hwy.
Bakersfield, CA 93307

e. [X] Additional judgment debtors are shown on reverse.

Date: July 13, 2007

DAVID J. COOK, ESQ., S.B.N. 060859
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.

3. Judgment creditor *(name):*
   GARDEN CITY BOXING CLUB, INC.
   whose address appears on this form above the court's name.

4. Judgment debtor *(full name as it appears in judgment):*
   ELVA DE JESUS ARANDA and MARIA DE JESUS E.
   LUCAS DEFIGUEROA, individually and d/b/a
   EL NUEVO OASIS RESTAURANT

5. a. Judgment entered on *(date):* June 1, 2007
   b. Renewal entered on *(date):*
   c. Renewal entered on *(date):*

6. Total amount of judgment as entered or last renewed:
   $ 23,000.00

7. [ ] An [ ] execution [ ] attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address):*

8. A stay of enforcement has
   a. [X] not been ordered by the court
   b. [ ] been ordered by the court effective until
      *(date):*

9. [ ] This judgment is an installment judgment.

Victoria C. Minor

Clerk, by _____ , Deputy

Date Issued 8/20/07

ABSTRACT OF JUDGMENT