DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ. (State Bar # 62386)
DEBRA D. LEW, ESQ. (State Bar # 114537)
COOK, PERKISS & LEW
A PROFESSIONAL LAW CORPORATION
333 Pine Street, Suite 300
San Francisco, CA 94104-3381
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730   Fax: (415) 989-0491
File No. 52,325

Attorneys for Plaintiff
GARDEN CITY BOXING CLUB, INC.

FILED
JAN 3 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ELVA DE JESUS ARANDA dba El Nuevo Oasis Restaurant; MARIA DE JESUS E. LUCAS DEFIGUEROA dba El Nuevo Oasis Restaurant, <br><br> Defendants. | CASE NO. 1:06-cv-1276 OWW DLB <br><br> [PROPOSED] ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 |

Based upon the Declaration of David J. Cook, Esq., and finding that DDS Legal Support System/VSC Attorney Service is a registered process server, having filed a certificate of registration with the County Clerk, Los Angeles County Superior Court, and otherwise authorized to perform the services pursuant to C.C.P. § 699.080, and furthermore finding that the use of a private process server would serve the interest of justice in relieving the United States Marshal from effectuating certain types of services necessary to effectuate collection of the Judgment herein, and furthermore finding that the use of a process server is routine in the enforcement of a Judgment, and authorized by California law, which is applicable herein under F.R.C.P. 69 and Bkrtcy.C. § 7069, and upon ex parte application, and for good cause

1 | appearing, therefore,

2 | IT IS HEREBY ORDERED that Plaintiff may employ the services of DDS Legal Support System/VSC Attorney Service to perform the duties and responsibilities of a levying officer as defined under C.C.P. § 699.080.

IT IS FURTHER ORDERED that DDS Legal Support System/VSC Attorney Service shall comply with the requirements of the California Code of Civil Procedure in the enforcement of judgments, consistent with and in conformity to C.C.P. § 699.080.

DATED: 1-30-08

_____
DENNIS L. BECK, MAGISTRATE
JUDGE OF THE UNITED STATES
DISTRICT COURT

F:\USERS\DJCNEW\elnuevo.exps

[PROPOSED] ORDER AUTHORIZING PROCESS SERVER TO LEVY EXECUTION PURSUANT TO C.C.P. § 699.080 - CASE NO. 1:06-cv-1276 OWW DLB

2